DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA PROPERTY RECEIVER FORCE, LLC,**
Appellant,

v.

**PINEAPPLE PARK AT WOODMONT HOMEOWNERS'
ASSOCIATION, INC.,** and **BANK OF AMERICA,**
Appellees.

No. 4D17-3727

[July 18, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE 16-007633 (04).

Harold B. Klite Truppman and Eli L. Samet of Harold B. Klite Truppman, P.A., Miami, for appellant.

Alexzander D. Gonano of Gonano & Harrell, Fort Pierce, and Avri S. Ben-Hamo and Steven B. Greenfield of Aldridge & Pite, LLP, Boca Raton, for appellee Bank of America.

PER CURIAM.

*Affirmed. See U.S. Bank Nat'l Ass'n v. Quadomain Condo. Ass'n*, 103 So. 3d 977 (Fla. 4th DCA 2012).

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***